## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLARENCE D. JOHNSON,

                 Plaintiff,

v.                                     Case No:   6:21-cv-1453-RBD-LRH

UNITED NATIONS
HEADQUARTERS, CHICAGO
HOUSING AUTHORITY, BEL RAY
HOUSING, CDC DIRECTOR, BILL
GATES FOUNDATION and
WARREN BUFFETT,

                 Defendants.

_____

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

     This matter comes before the Court following a review of the file.   Plaintiff Clarence D. Johnson, appearing *pro se*, commenced this action against the above-named Defendants on September 7, 2021.   Doc. No. 1.   Plaintiff did not submit the filing fee with his complaint, nor did he file a motion to proceed *in forma pauperis*. Accordingly, I issued an Order requiring that, on or before September 23, 2021, Plaintiff pay the filing fee in full or file a motion to proceed *in forma pauperis*.   Doc. No. 2.

Plaintiff failed to comply with that deadline.   Accordingly, on September 24, 2021, I issued an Order to Show Cause directing Plaintiff to show cause in writing on or before October 8, 2021 why this case should not be dismissed for failure to prosecute.   Doc. No. 5.   In that Order, I cautioned Plaintiff that failure to comply with the October 8, 2021 deadline would result in a recommendation that the case be dismissed without further notice.   *Id.* at 2.   To date, Plaintiff has not filed a response to the Order to Show cause (nor has he paid the filing fee or filed a motion to proceed *in forma pauperis*), and the deadline for doing so has passed.

Accordingly, based on the foregoing, I respectfully **RECOMMEND** that this case be **DISMISSED without prejudice**.   *See* Local Rule 3.10.

### <u>NOTICE TO PARTIES</u>

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions.   Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 13, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party