**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLARENCE D. JOHNSON,

    Plaintiff,

v.                                Case No. 6:21-cv-1453-RBD-LRH

UNITED NATIONS
HEADQUARTERS; CHICAGO
HOUSING AUTHORITY; BEL RAY
HOUSING; CDC DIRECTOR; BILL
GATES FOUNDATION; and
WARREN BUFFETT,

    Defendants.
_____

**ORDER**

The *pro se* Plaintiff brought the Complaint against Defendants seeming to contest mask mandates. (Doc. 1.) But he did not pay the filing fee or move to proceed *in forma pauperis*. (Doc. 2.) So on referral, U.S. Magistrate Judge Leslie R. Hoffman entered a Report and Recommendation submitting that the Court should dismiss the case for failure to prosecute. (Doc. 6 ("R&R").) The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 6) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 4, 2021.

ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Clarence D. Johnson